**Tony MOORE, Jr., Petitioner—Appellant,**

**v.**

**Calvin ANTHONY, Warden; Henry D. McMaster, Attorney General of the State of South Carolina, Respondents—Appellees.**

No. 03–7354.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 2, 2004.

Decided March 3, 2004.

Tony Moore, Jr., Appellant pro se. Donald John Zelenka, Chief Deputy Attorney General, William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tony Moore, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his petition under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Moore has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*